UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:12-cr-00120-MMD-WGC |
| Plaintiff, | 3:13-cr-0028-LRH-VPC |
| vs. | **ORDER GRANTING UNOPPOSED MOTION FOR RETURN OF PASSPORT TO A RESPONSIBLE PARTY** |
| MICHAEL STICKLER, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant's Unopposed Motion for Return of Passport to a Responsible Party is granted. U.S. Pretrial Services is directed to deliver Michael Stickler's passport to his wife, Kim Stickler, on or after May 15, 2015. Mrs. Stickler resides at 605 Oro Loma Road, Carson City, Nevada 89704-9580.

**IT IS SO ORDERED** this 14th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

21393057